**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 15-cv-690 (RMC) |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF STATE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Following the Court's August 28, 2015 Order, the parties have continued to actively engage in negotiations aimed at narrowing the issues and resolving this matter without the need for summary judgment briefing. Despite these efforts, the parties have been unable to reach an agreement which would make summary judgment briefing unnecessary. Accordingly, Plaintiff Judicial Watch, Inc. and Defendant U.S. Department of State, by and through counsel, respectfully submit this proposed briefing schedule:

1. Defendant will file its dispositive motion by October 19, 2015.

2. Plaintiff will file its opposition to Defendant's dispositive motion by November 18, 2015.

3. Defendant will file its reply in support of its dispositive motion by December 17, 2015.

Dated: September 4, 2015                    Respectfully submitted,

/s/ Lauren Burke
Lauren M. Burke
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800

1

Washington, DC 20024

*Counsel for Plaintiff*

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

/s/ Caroline Anderson
CAROLINE J. ANDERSON
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts, Avenue, N.W.
Washington, DC  20530
Tel: (202) 305-8645
Fax: (202) 616-8470
Caroline.J.Anderson@usdoj.gov

*Counsel for the Defendant*